**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| ELAINE CHAO, Secretary of Labor, | : | |
| *Plaintiff*, | : | |
| | : | |
| *and* | : | Civil Action |
| | : | No. 03-72597 |
| JED DODD; and GARY D. HOUSCH, | : | |
| *Plaintiffs-Interveners*, | : | |
| | : | Hon. Avern Cohn |
| *v.* | : | |
| | : | |
| GRAND LODGE OF THE BROTHERHOOD | : | |
| OF MAINTENANCE OF WAY EMPLOYES, | : | |
| AFL-CIO[1], | : | |
| *Defendant.* | : | |

UNOPPOSED MOTION AND BRIEF FOR
ENTRY OF FINAL JUDGMENT

Plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor, by counsel, moves this Court for entry of the Judgment submitted herewith declaring the individuals certified by the Plaintiff on the attached Certification of Election as having been duly elected officers of the Defendant labor organization to serve until the next regularly scheduled election of officers.

In support of this motion, the parties rely on the attached certification executed by Patricia Fox, Acting Chief, Division of Enforcement, Office of Labor-Management Standards, Employment Standards Administration, United States Department of Labor.

---

1 Defendant is now the Brotherhood of Maintenance of Way Employes Division, IBT.

1

Counsel for the defendant and for the intervenor have authorized the undersigned attorney to represent that they do not oppose this motion.

DATED: January 17, 2006

Respectfully submitted,

**STEPHEN J. MURPHY**
United States Attorney

s/Peter A. Caplan

**PETER A. CAPLAN**
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
313-226-9784
 Peter.Caplan@usdoj.gov
P30643

**HOWARD M. RADZELY**
Solicitor of Labor
**JOAN E. GESTRIN**
Regional Solicitor

**LEONARD A. GROSSMAN**
Attorneys for Elaine L. Chao,
Secretary of Labor, USDOL
Office of the Solicitor
230 S. Dearborn
Rm. 844
Chicago Il 60604
(312) 353-5709
Fax:(312) 353-5608
Email:grossman-leonard@dol.gov
IL 1071823

**CERTIFICATION OF SERVICE**

I hereby certify that on January 17, 2006, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Patrick E. Cafferty and Stuart Israel

I further certify that I have mailed by U.S. mail the paper to the following non-ECF participants:

John O. Clarke, Jr., 1050 17th Street, N.W. Suite 210, Washington, DC, 20036
Theodore M. Lieverman, 1818 Market Street, Ste. 2500, Philadelphia, PA 19103

s/Peter A. Caplan

PETER A. CAPLAN
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, MI  48226
Phone:  (313) 226-9784
E-mail: peter.caplan@usdoj.gov
(P30643)