UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | | |
|---|---|---|
| ELAINE L. CHAO<br>Secretary of Labor,<br>United States<br>Department of Labor,<br>200 Constitution Avenue, N.W.<br>Washington, D.C.  20210, | ) ) ) ) ) ) | Civil Action<br>No. 03-72597 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Grand Lodge of the Brotherhood of<br>Maintenance of Way Employees<br>(BMWE), AFL-CIO,<br>20300 Civic Center Drive, Suite 320<br>Southfield, Michigan 48076, | ) ) ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

## CERTIFICATION OF ELECTION

The election having been conducted in the above manner under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to an Order and Consent Decree entered September 1, 2004, in the United States District Court for the Eastern District of Michigan, Southern Division, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481 et seq.), and in conformity with the Constitution and Bylaws of the defendant labor organization, insofar as lawful and practicable, and no complaints having been received concerning the conduct thereof, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

President                    Freddie N. Simpson

Secretary-Treasurer          Perry K. Geller

Signed this 5th day of December, 2005.

*Patricia Fox*

Patricia Fox
Acting Chief, Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
United States Department of Labor