UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ELAINE CHAO, Secretary of Labor,<br>    *Plaintiff*, | : <br> : <br> : |
|    and | :   Civil Action <br> :   No. 03-72597 |
| JED DODD; and GARY D. HOUSCH,<br>    *Plaintiffs-Interveners*, | : <br> : <br> :   Hon. Avern Cohn |
|    *v.* | : <br> : |
| GRAND LODGE OF THE BROTHERHOOD<br>OF MAINTENANCE OF WAY EMPLOYES,<br>AFL-CIO,[1]<br>    *Defendant*. | : <br> : <br> : <br> : |

## JUDGMENT

It appearing to the Court, that pursuant to an Order entered by this court on September 1, 2004, the Defendant, Grand Lodge of The Brotherhood of Maintenance of Way Employes, now the Brotherhood of Maintenance of Way Employes Division, IBT ("BMWED"), conducted an election of officers under the supervision of the Plaintiff; and that the Plaintiff has filed a Certification of Election, certifying the names of the persons who were elected in such election, and further certifying that such election was conducted in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. 481 et seq.), and in conformity with the Constitution and bylaws of the defendant labor organization, insofar as lawful and practicable; and the Court

---

[1] Defendant is now the Brotherhood of Maintenance of Way Employes Division, IBT.

having considered said Certification and being fully advised, it is, upon the joint motion of the parties, hereby

ADJUDGED, ORDERED and DECREED that the persons named in the Certification of Election which was filed as aforesaid by the Plaintiff, are the duly elected officers of Defendant BMWED, and shall serve until the next regularly scheduled election in accordance with the Constitution and bylaws of the defendant labor organization.

Each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.


Dated :  January 17, 2006           s/Avern Cohn
                                    UNITED STATES DISTRICT JUDGE